MOHAMMED AL RASCHID, Appellant, v. HOTEL INVESTORS, INC., Respondent, Impleaded with Another, Defendant.— Order, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements, and the motion granted *in toto*. No opinion. The date for the examination to proceed to be fixed in the

order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.